IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1119-JLK**

**NANCY DIETZ,**

    Plaintiff,

v.

**THE HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation,**

    Defendant.

---

## MINUTE ORDER
---

Judge John L. Kane **ORDERS**

    Defendant's Unopposed Motion to Amend Scheduling Order to Alter Deadlines for Rule 26(a)(2) Expert Disclosures (Doc. 18) is GRANTED. The Scheduling Order (Doc. 10) is hereby amended as follows:

    The deadline for submitting Rule 26(a)(2) expert disclosures is extended to February 29, 2008. The deadline for submitting Rule 26(a)(2) rebuttal expert disclosures is extended to March 31, 2008.

_____

Dated: January 24, 2008